UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH REYNA,  
                Plaintiff,  
v.  

JERROD HART and CITY OF  
DEARBORN HEIGHTS,  
                Defendants.  
_____/

Case No. 23-12790

Curtis Ivy, Jr.
United States Magistrate Judge

## **JUDGMENT**

In accordance with the opinion and order entered today, it is hereby

ORDERED and ADJUDGED that this case is dismissed.

                KINIKIA D. ESSIX  
                <u>CLERK OF COURT</u>

                By: <u>s/Sara Krause</u>  
                      Deputy Clerk

Approved: <u>s/Curtis Ivy, Jr.</u>  
            Curtis Ivy, Jr.  
            United States Magistrate Judge

Date: October 9, 2025