UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH REYNA, | Case No. 23-12790 |
| Plaintiff, | Curtis Ivy, Jr. |
| v. | United States Magistrate Judge |
| JERROD HART and CITY OF DEARBORN HEIGHTS, | |
| Defendants. | |
| _____/ | |

## ORDER FOR BRIEFING FROM DEFENDANTS

On October 9, 2025, the Court entered an order that granted Defendants' motion for summary judgment and denied Plaintiff's motion amend. (ECF No. 52). On November 6, 2025, Plaintiff filed a motion for reconsideration on that order. (ECF No. 54). Under this Court's Local Rules, the non-movant is not permitted to file a response to a motion for reconsideration unless the Court orders otherwise. E.D. Mich. LR 7.1(h)(3). Defendants are **ORDERED** to file a response to Plaintiff's motion for reconsideration; the response is due **on or before Friday, December 12, 2025**. Defendants' briefing should adhere to E.D. Mich. LR 5.1 and 7.1. No reply from Plaintiff is permitted.

**IT IS SO ORDERED.**

Date: November 25, 2025           <u>s/Curtis Ivy, Jr.</u>
                                  Curtis Ivy, Jr.
                                  United States Magistrate Judge